**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW DOMINIC ROBINSON                                    PLAINTIFF
ADC# 652013

v.                          5:10-cv-00322-DPM-JJV

RODERICK JOHNSON, Lt.,
Varner Supermax, Arkansas
Department of Correction; *et al.*                                DEFENDANTS

**ORDER UNDER SEAL**

On May, 3, 2012, this Court directed the issuance of summonses and service of Plaintiff's Amended Complaint on Defendants. (Doc. No. 11). Summons for Defendant Brian Perkins was returned unexecuted. (Doc. No. 25). A new address for Defendant Perkins has been submitted to the Court under seal. (*Id.*) Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Clerk of the Court shall prepare Summons for Mr. Perkins, and the United States Marshal is directed to serve a copy of the Summons and Amended Complaint (Doc. No. 11) on Mr. Perkins at the address provided under seal, without prepayment of fees and costs or security therefore.

DATED this <u>14th</u> day of June, 2012.

                                                             JOE J. VOLPE
                                                             UNITED STATES MAGISTRATE JUDGE