**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANDREW DOMINIC ROBINSON                                                                PLAINTIFF
ADC# 652013

v.                                               5:10-cv-00322-DPM-JJV

RODERICK JOHNSON, Lt.,
Varner Supermax, Arkansas
Department of Correction; *et al.*                                                     DEFENDANTS

## ORDER UNDER SEAL

On May, 3, 2012, this Court directed the issuance of summonses and service of Plaintiff's Amended Complaint on Defendants. (Doc. No. 11). Summons for Defendant Brian Perkins was returned unexecuted. (Doc. No. 25). A new address for Defendant Perkins has been submitted to the Court under seal. (*Id.*) Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Clerk of the Court shall prepare Summons for Mr. Perkins, and the United States Marshal is directed to serve a copy of the Summons and Amended Complaint (Doc. No. 11) on Mr. Perkins at the address provided under seal, without prepayment of fees and costs or security therefore.

DATED this 14th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE