IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC # 652013                                                                                      PLAINTIFF

v.                            No. 5:10-cv-322-DPM-JJV

RODERICK JOHNSON, Lt., Varner
Super Max, ADC; ANTWON EMSWELLER,
Lt., Varner Super Max, ADC; CHRISTOPHER
SHERRILL, Sgt., Varner Super Max, ADC;
BRIAN PERKINS, Sgt., Varner Super Max, ADC;
TONDA SPENCER, Sgt., Varner Super Max, ADC;
MICHELLE RUCCER, Sgt., Varner Super Max, ADC;
and MERTHA JASPER, Sgt., Varner Super Max, ADC        DEFENDANTS

## ORDER

Order, № 54, was mistakenly entered in this case instead of Mr. Robinson's other case, 5:10-cv-324-DPM-JTR. The Order is vacated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2013