IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON                                              PLAINTIFF
ADC# 652013

v.                          No. 5:10-cv-322-DPM-JJV

RODERICK JOHNSON, Lt., Varner Super Max, ADC;
ANTWON EMSWELLER, Lt., Varner Super Max, ADC;
CHRISTOPHER SHERRILL, Sgt., Varner Super Max, ADC;
BRIAN PERKINS, Sgt., Varner Super Max, ADC;
TONDA SPENCER, Sgt., Varner Super Max, ADC;
MICHELLE RUCKER, Sgt., Varner Super Max, ADC; and
MERTHA JASPER, Sgt., Varner Super Max, ADC           DEFENDANTS

ORDER

The Court is considering Magistrate Judge Volpe's latest recommendation, № 77, and Robinson's objections, № 79, on the excessive-force claim. The Court notes that the video footage of the incident was filed under seal. № 72. Why under seal? Defendants' explanation is due by 18 December 2013. In any event, the Court assumed, wrongly it turns out, that Robinson had seen the video. He says he hasn't. № 79 at 1-2. Defendants must give Robinson the opportunity to watch the footage of the incident at least twice, and make notes, by 31 December 2013. He is entitled to see and respond to all matters of record, including the video footage. Robinson may

supplement his objection (limited solely to any points he wants to make about the video) by 15 January 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 December 2013