IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW DOMINIC ROBINSON
ADC # 652013                                                                                    PLAINTIFF

v.                               No. 5:10-cv-322-DPM

RODERICK JOHNSON, Lt., Varner
Super Max, ADC; ANTWON EMSWELLER,
Lt., Varner Super Max, ADC; CHRISTOPHER
SHERRILL, Sgt., Varner Super Max,
ADC; MALCOLM CROMPTON, Sgt.,
Varner Super Max, ADC; BRIAN
PERKINS, Sgt., Varner Super Max,
ADC; CURTIS MEINZER, Warden,
Varner Super Max, ADC; J. WILLIAMS,
CO-II, Varner Super Max, ADC; JIMMY
BANKS, Warden, Varner Super Max,
ADC; KRISTIE BAILEY, Sgt., Varner
Super Max, ADC; TONDA SPENCER,
Sgt., Varner Super Max, ADC; FELICIA
PIGGEE, Sgt., Varner Super Max, ADC;
GILLIAM, Lt., Varner Super Max, ADC;
BOBBY JONES, Sgt., Varner Unit, ADC;
MARTHA HEWING, Sgt., Varner Super
Max, ADC; GORDON, Sgt., Varner Super
Max, ADC; MICHELLE RUCKER, Sgt.,
Varner Super Max, ADC; and MERTHA
JASPER, Sgt., Varner Super Max, ADC                                          DEFENDANTS

## JUDGMENT

All claims against all defendants having been adjudicated, № 15, 53, 71

& 88, Robinson's complaint is dismissed with prejudice. The Court certifies

that, with one exception, an *in forma pauperis* appeal from this Judgment and the related Orders would not be taken in good faith. An *in forma pauperis* appeal on the excessive-force claim would be in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 February 2014