# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINIC ROBINSON**                                                    PLAINTIFF
**ADC# 652013**

v.                          No. 5:10-cv-322-DPM

**RODERICK JOHNSON, Lt., Varner Super Max, ADC;**
**ANTWON EMSWELLER, Lt., Varner Super Max, ADC;**
**CHRISTOPHER SHERRILL, Sgt., Varner Super Max, ADC;**
**BRIAN PERKINS, Sgt., Varner Super Max, ADC;**
**and MERTHA JASPER, Sgt., Varner Super Max, ADC**      DEFENDANTS

## ORDER

Robinson's motion for leave to appeal *in forma pauperis* on his excessive-force claims, № 91, is granted. Robinson must still pay the full statutory appellate filing fee. The Court will not assess an initial partial filing fee. But Robinson's present custodian, his designee, and all future custodians, shall collect monthly payments equal to 20% of the preceding month's income from his prison trust account each time the amount exceeds $10.00, and forward those payments to the Clerk of the Court until the $505.00 fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Robinson's behalf must be clearly identified by the name and case number. The Clerk is directed to send a copy of this Order to: (a) the Warden of the Varner Unit, P.O. Box 600,

Grady, AR 71644-0600; (b) the ADC Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611; and (c) the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612-0550.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 March 2014